IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRELL LAMAR ROSS**                                                      **PLAINTIFF**

**v.**                        **Case No. 4:19-cv-00884-LPR**

**TISHA JOHNSON**                                                          **DEFENDANT**

## **ORDER**

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. Mr. Ross has not filed objections. While the Court need not review the record independently, the Court has done so. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Even as a matter of de novo review, the Court agrees fully with Judge Deere's Recommendation.

Mr. Ross's claims against Defendant Johnson are DISMISSED without prejudice. This dismissal counts as a STRIKE.

IT IS SO ORDERED this 21st day of January 2020.

                                                           _Lee P. Rudofsky_
                                                           UNITED STATES DISTRICT JUDGE