IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRELL LAMAR ROSS**                                              **PLAINTIFF**

**v.**                      **Case No. 4:19-cv-00884-LPR**

**TISHA JOHNSON**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on January 21, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of January 2020.

<u>Lee P. Rudofsky</u>
UNITED STATES DISTRICT JUDGE